UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-189 "D" |
| v. | * | |
| GERONIMO FLORES | * | |

\* \* \*

## MOTION TO RECALL WARRANT

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who represents that Capias Warrant in the above captioned matter was erroneously requested and moves for it to be recalled. The defendant was arrested pursuant to a federal complaint on Sunday, December 12, 2021. A detention hearing was held on Wednesday, December 15, 2021 and the defendant was granted bond on these charges. A Federal Grand Jury returned a two-count Indictment for the charges listed in the criminal complaint on Friday, December 17, 2021 and a Capias Warrant was requested through administrative error and granted by the duty magistrate.

WHEREFORE, the government prays that its motion to recall the Capias Warrant for the defendant be granted.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Charles D. Strauss*
CHARLES D. STRAUSS
Assistant United States Attorney
Louisiana Bar Roll No. 36039
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3007
Email: Charles.strauss@usdoj.gov