UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-189 "D" |
| v. | * | |
| GERONIMO FLORES | * | |

\* \* \*

## MOTION FOR SUMMONS

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who represents that a Summons be orders so the defendant may be brought before this Court for arraignment in the above captioned matter. The defendant was arrested pursuant to a federal complaint on Sunday, December 12, 2021. A detention hearing was held on Wednesday, December 15, 2021 and the defendant was granted bond on the charges listed in the criminal complaint. A Federal Grand Jury returned a two-count Indictment for these charges on Friday, December 17, 2021 and a Capias Warrant was requested through administrative error and granted by the duty magistrate. The government has concurrently filed a motion to recall the Capias Warrant and moves this Court for a summons to be issued for the defendant to be arraigned on Monday, January 3, 2021.

**WHEREFORE**, the government prays that the government's motion for summons to the defendant be granted.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Charles D. Strauss*
CHARLES D. STRAUSS
Assistant United States Attorney
Louisiana Bar Roll No. 36039
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3007
Email: Charles.strauss@usdoj.gov